UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

CYNTHIA ANNE HEIN,

       Plaintiff,

v.

ENERGY RESOURCE SERVICES, INC.
D/B/A BROADWAY KOSHER STYLE
RESTAURANT, JUSTIN T. KENNELLY,
JOHN B. KENNELLY,

       Defendants.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, CYNTHIA ANNE HEIN, brings this action against Defendants, ENERGY RESOURCE SERVICES, INC. D/B/A BROADWAY KOSHER STYLE RESTAURANT, JUSTIN T. KENNELLY, and JOHN B. KENNELLY, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff CYNTHIA ANNE HEIN was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3. At all times material hereto, Defendant, ENERGY RESOURCE SERVICES, INC. D/B/A BROADWAY KOSHER STYLE RESTAURANT, was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of restaurant operations, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

4. Defendant, JUSTIN T. KENNELLY, is a resident of Palm Beach County, Florida and is a manager of ENERGY RESOURCE SERVICES, INC. D/B/A BROADWAY KOSHER STYLE RESTAURANT.

5. Defendant JUSTIN T. KENNELLY directly controlled and managed the restaurant operations, and handled payroll.

6. Defendant JUSTIN T. KENNELLY was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

7. Defendant, JOHN B. KENNELLY, is a resident of Palm Beach County, Florida and was, and now is, the managing agent, director and owner of Defendant, ENERGY RESOURCE SERVICES, INC. D/B/A BROADWAY KOSHER STYLE RESTAURANT.

8. Defendant JOHN B. KENNELLY directly controlled and managed the restaurant operations.

9. Defendant JOHN B. KENNELLY was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

10. Plaintiff worked for Defendants as a server.

11. Defendants failed to compensate Plaintiff the full and proper minimum wages.

12. Defendants failed to compensate Plaintiff for an entire week of employment.

13. Attached as Exhibit A is a preliminary calculation of Plaintiff's claims. These amounts may change as Plaintiff engages in the discovery process.

14. Defendants have knowingly and willfully refused to pay Plaintiff her legally-entitled wages.

15. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

16. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

17. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-16 above as if set forth herein in full.

18. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

19. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

> Respectfully submitted,
>
> Koz Law, P.A.
> 320 S.E. 9th Street
> Fort Lauderdale, Florida 33316
> Phone: (786) 924-9929
> Fax:   (786) 358-6071
> Email: ekoz@kozlawfirm.com
>
> _/s/ Elliot A. Kozolchyk_
> _____
> Elliot Kozolchyk, Esquire
> Bar No.: 74791